# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Joseph Barron, Jr. and Thomasina Barron**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Appellants(s), | ) | 3:15-cv-00323 |
| | ) | |
| vs. | ) | |
| | ) | |
| Issa Ibrahim Rafidi**,** | ) | |
| Appellee(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 16, 2015 Order.

November 16, 2015

*[signature]*

Frank G. Johns, Clerk
United States District Court